*# 4*
*M/IFP*
*related to 21cv29*
*1546*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Gene A Fenderson
Plaintiff

vs.

Citizens Bank Employee
Christopher Lempke
Defendant(s)

Case No. 2:23-cv-170

RECEIVED

FEB 0 2 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT

I. The plaintiff is a resident of Pittsburgh, Allegheny County, Pennsylvania and a citizen of the United States.

II. The defendant, Christopher Lempke, is a resident of Pittsburgh Pennsylvania and a citizen of the United States.

## JURISDICTION

III. This court has jurisdiction over this matter pursuant to 15 U.S.C. Subsection 1116 - U.S. Code - Unannotated Title 15. Commerce and Trade Subsection 1116. Injunctive relief. .

## FACTS

IV. He stated he would mail the IRS a cashiers check in the amount of $176,823.63 when he did not keep his word with me, the IRS initiated a jeopardy Levy . The bank

has a bank hold on my whole account in the amount of $5,217,823.63 and i never got the chance to work out the installment agreement with the IRS as they have prescribed. / *Relationship balance $5,235,271.36*

### RELIEF

V. I am requesting the court to remove the bank hold form Citizens bank so i can deposit it into JPMorgan Chase bank that specializes in Private Wealth banking.

VI. Damages: The plaintiff requests no damages.

### ADDITIONAL INFO

VII. There is no additional information.

The Plaintiff wants a trial by jury.

*[signature]*                                              *Feb. 02, 2023.*

Signature of pro se Plaintiff                              Date